# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1737

**Short Case Caption:** In re: Corel Software LLC

**Filing Party** Corel Software LLC

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the Board erred in its affirmance of the final rejection of claims 5 and 18 of U.S. Patent 8,700,996 under 35 USC 103 as obvious over CorelDRAW, IBM, and Crawford in Reexamination Control 90/014,266; including whether the Board erred in not terminating the '266 reexamination based on: (a) the '996 patent being expired and therefore not subject to ex parte reexamination; and/or (b) the Director's failure to comply with the statutory service requirement of 35 USC 302.

Relief awarded below (if damages, specify): ☒ None/Not Applicable

Briefly describe the judgment/order appealed from:

The Board affirmed the final rejection of claims 5 and 18 of U.S. Patent 8,700,996 under 35 USC 103 as obvious over CorelDRAW, IBM, and Crawford in Reexamination Control 90/014,266.

| Nature of Judgment (select one:) | Date of Judgment: 10/28/2025 (rehearing 2/19/2026) |
|---|---|

- ☒ Final Judgment, 28 USC § 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type) ______
- ☐ Other (explain) ______

Date: 05/07/2026

Signature: /s/ Christopher R. Abidin

Name: Christopher R. Abidin